## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| KENNETH C. POWELL, | : | |
| Plaintiff, | : | |
| v. | : | CIVIL ACTION 05-0016-BH-B |
| BRANDON CARROLL, et al., | : | |
| Defendants. | : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is ADOPTED as the opinion of this Court. It is ORDERED that Plaintiff's Complaint be and is hereby DISMISSED with prejudice.

**DONE** this 22nd day of September, 2006.

s/ W. B. Hand
SENIOR DISTRICT JUDGE
